RECEIVED
STATESVILLE, NC
AUG - 5 2005
Clerk, U. S. Dist. Court
W. Dist of N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No.: 5:03CV151

| | |
|---|---|
| APRIL DONALDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIA MOTORS AMERICA, INC., )<br>)<br>Defendant. )<br>) | <br><br><br><br><br><br>ORDER RE MOTION TO STAY |

WHEREAS, settlement negotiations that may resolve this matter in its entirety are ongoing; and

WHEREAS, the parties have agreed to stay all proceedings in this matter for sixty (60) days;

IT IS HEREBY ORDERED that all proceedings in this matter are stayed for sixty (60) days.

This 16th day of August, 2005.

_____
United States District Judge

Prepared by:

_____
Frederick W. Rom
John J. Bowers
Womble Carlyle Sandridge & Rice, PLLC
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Telephone: (919) 484-2300
Fax: (919) 484-2340
*Attorneys for Defendant Kia Motors America, Inc.*

RTP 101390v1