RECEIVED
STATESVILLE, NC
OCT 24 2005
Clerk, U. S. Dist. Court
W. Dist of N. C.

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No.: 5:03CV151**

| | |
|---|---|
| **APRIL DONALDS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KIA MOTORS AMERICA, INC.,** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | **ORDER RE: MOTION TO STAY** |

WHEREAS, preliminary approval of a 47-state settlement was granted recently in a related matter pending in the Superior Court of the State of California, Orange County, and should resolve this matter in its entirety; and

WHEREAS, the final approval hearing on this settlement is scheduled for January 23, 2006; and

WHEREAS, the parties have agreed to stay all proceedings in this matter through January 31, 2006;

IT IS HEREBY ORDERED that all proceedings in this matter are stayed through January 31, 2006.

This 13th day of Dec., 2005.

_____
United States District Judge

RTP 101390v1